**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**CARLOS VILLARREAL,**

*Petitioner*,

v.                                                    **Case No. 5:26-CV-1147-JKP**

**WARDEN OF SOUTH TEXAS**
**DETENTION CENTER, et al.,**

*Respondents*.

**ORDER GRANTING WITHDRAWL OF COUNSEL AND**
**ACKNOWLEDGING PETITIONER'S INTENT**

Before the Court are several filings: (1) an Advisory (ECF No. 11) filed by Petitioner pro se indicating that he desires to withdraw the instant Petition for Writ of Habeas Corpus; (2) a Motion for Brief Stay (ECF No. 13) filed by Petitioner through counsel so that counsel can advise Petitioner about withdrawing the petition; (3) Counsel's Notice of Petitioner's Intent (ECF No. 14) reiterating Petitioner's intent to withdraw this habeas action; and (4) Counsel's Motion to Withdraw as Attorney of Record (ECF No. 15).

Having considered the filings, the Court finds that Petitioner has expressed his desire to terminate representation and discontinue pursuit of the pending petition for writ of habeas corpus, and that good cause exists for withdrawal of counsel. Accordingly, the Court **GRANTS** Counsel's Motion to Withdraw as Attorney of Record (ECF No. 15). Counsel is hereby relieved of any further obligation in this matter and electronic notices to her in this case is hereby terminated, effective the date of this order. **The Clerk of Court should note on the docket that Jennifer Walker Gates is terminated as attorney of record in this case as of this date**. Because Petitioner has declined further communication with counsel despite his attorney's efforts to advise him about his pro se withdrawal of the Petition, the Court **MOOTS** the Motion for Brief Stay (ECF No. 13).

As for the Advisory (ECF No. 11) filed without assistance of counsel, the Court now states its intent to construe the filing as a motion to dismiss this habeas action without prejudice under Fed. R. Civ. P. 41(a)(2). **The Clerk of Court shall modify the docket entry to reflect that the filing is a Motion to Dismiss.** Because the Court has allowed counsel to withdraw, it notifies all parties that it will grant the construed Rule 41(a)(2) motion and dismiss this case without prejudice unless a party makes a filing **on or before April 21, 2026**, providing reasons to take other action.

**IT IS SO ORDERED this 7th day of April 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

2